**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

ROSE MARIE MEADOWS,

      Plaintiff,

    v.

PAM OVERSTREET, and LEIGH HALE,

      Defendants.

CIVIL ACTION NO.: 4:25-cv-219

## O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's May 13, 2026, Report and Recommendation, (doc. 10), to which Plaintiff did not object. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 10.) Plaintiff's Amended Complaint is **DISMISSED**. (Doc. 8.) Her Motion requesting mediation is **DISMISSED** as moot. (Doc. 9.) The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 4th day of June, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA